UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAYE BOATRIGHT,

                        Plaintiff,            18 Civ. 7293 (PAE)

-v-

                                        Order

U.S. BANCORP, et al.

                        Defendants.

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The parties' joint statement of stipulated facts is due January 27, 2020.
- Defendant's motion for summary judgment is due February 10, 2020.
- Plaintiffs' opposition to defendant's motion is due February 28, 2020.
- Defendant's reply is due March 13, 2020.

SO ORDERED.

                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: December 16, 2019
         New York, New York