USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
FAYE BOATRIGHT, :
:
:
Plaintiff, :
: 18-cv-07293 (LJL)
-v- :
: ORDER
:
U.S. BANCORP, U.S. BANK NATIONAL :
ASSOCIATION and U.S. BANCORP INVESTMENTS, :
INC., jointly, severally and in the alternative, :
:
Defendants. X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

    This case has been randomly reassigned to me for all purposes. It is hereby:

    ORDERED that the summary judgment briefing deadlines established at the December 16, 2019 conference (Dkt. No. 61) are CANCELLED. For that reason, the parties' February 4, 2020 letter-motion for extension of page limits (Dkt.. No. 65) is DENIED AS MOOT. The parties are ORDERED to appear for a status conference on February 25, 2020 at 11:00 a.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York, at which the contents and the timing for Defendants' anticipated motions for summary judgment shall be discussed. In advance of that conference, and no later than February 10, 2020, Defendants shall file on ECF a letter, not to exceed three pages in length, setting forth the basis for any anticipated motion, including the legal standards and elements governing the claims at issue. Plaintiff shall file on ECF a letter, not to exceed three pages in length, responding to Defendants' letter by February 18, 2020.

    SO ORDERED.

Dated: February 4, 2020
       New York, New York
                                         LEWIS J. LIMAN
                                         United States District Judge