USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FAYE BOATRIGHT, :
:
Plaintiff, :
: 18-cv-07293 (LJL)
-v- :
: ORDER
U.S. BANCORP, U.S. BANK NATIONAL :
ASSOCIATION and U.S. BANCORP INVESTMENTS, :
INC., jointly, severally and in the alternative, :
:
Defendants. :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

  As discussed at the conference today, IT IS HEREBY ORDERED that Defendants shall file their motion for summary judgment by March 23, 2020. Plaintiff shall respond by April 6, 2020. Defendants shall reply by April 13, 2020.

  IT IS FURTHER ORDERED that all expert discovery shall be completed seventy-five (75) days from the date of a decision on the motion for summary judgment.

  SO ORDERED.

Dated: March 10, 2020
   New York, New York

_____
LEWIS J. LIMAN
United States District Judge