```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
FAYE BOATRIGHT,                                                    :
                                                                   :
                              Plaintiff,                           :
                                                                   :         18-cv-7293 (LJL)
         -v-                                                       :
                                                                   :             ORDER
U.S. BANCORP, et al.,                                              :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2020

LEWIS J. LIMAN, United States District Judge:

The parties are directed to appear for a telephonic argument on December 4, 2020 at 12:00 p.m. Parties are directed to call 888-251-2909 and use the access code 2123101.

SO ORDERED.

Dated: November 23, 2020
       New York, New York

                                                    _____
                                                          LEWIS J. LIMAN
                                                    United States District Judge