**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FAYE BOATRIGHT,

                          Plaintiff,                  18 **CIVIL** 7293 (LJL)

           -against-                        **JUDGMENT**

U.S. BANCORP, U.S. BANK NATIONAL
ASSOCIATION, and U.S. BANCORP
INVESTMENTS, INC.,

                       Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 16, 2020, summary judgment is GRANTED to Defendants on all counts; accordingly, the case is closed.

**Dated:**  New York, New York
          December 16, 2020

                                                    **RUBY J. KRAJICK**
                                                  _____
                                                       **Clerk of Court**
                                **BY:**
                                                       **Deputy Clerk**